**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 29, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00593-CV**

---

**IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-49319**

---

## MEMORANDUM OPINION

On August 20, 2024, relator Liberty County Mutual Insurance Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Tamika Craft-Demming, presiding judge of the 189th

District Court of Harris County, to vacate the trial court's June 5, 2024 order denying relator's motion to quash plaintiff's notice of oral and/or videotaped deposition of relator's corporate representative with subpoena duces tecum and deposition topics, and motion for protective order of relator's corporate representative.

On October 23, 2024, relator filed an unopposed motion to dismiss this mandamus proceeding. Relator advised that the parties have resolved their dispute in the underlying trial court rendering this mandamus proceeding moot.

Accordingly, we grant relator's motion to dismiss. We dismiss relator's petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.